KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
201 Las Vegas Blvd South, Suite 200
Las Vegas, NV 89101
(702) 853-0700
kal13mail@las13.com

RECEIVED
AND FILED

FEB 14   9:10 AM '14

UNITED STATES BANKRUPTCY COURT
NEVADA DIVISION

IN RE:
JOHN WOLAK

CASE NO: BKS-09-23891-LED
CHAPTER 13

4412 SATINWOOD
LAS VEGAS, NV 89147

NOTICE OF UNCLAIMED FUNDS

TO:   Clerk, United States Bankruptcy Court
From: Kathleen A. Leavitt, Chapter 13 Bankruptcy Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| Claim # | Claimant & Address | CAS 106000 | CAS 163300 |
|---|---|---|---|
| 8 | CASH BOX LLC<br>5505 S DECATUR BLVD SUITE 100<br>LAS VEGAS, NV 89118 | $0.00 | $356.41 |

Total: $356.41

*Kathleen A. Leavitt, Trustee*

Kathleen A. Leavitt
Chapter 13 Bankrutpcy Trustee

Date: February 14, 2014

CC:   JOHN WOLAK
      HAINES & KRIEGER LLC

NOTE:   Claims that are $25.00 or less go into CAS106000. Claims that are more than $25.00 goes into CAS 613300. The amounts that are to be deposited into the Registry can be written on one check.

216500 - $356.41